IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CR 314-002-01 |
| MICHAEL DERRICK GOINS | * | |

# ORDER

Before the Court is Defendant's motion for reconsideration of this Court's denial of his motion to reduce his sentence. (See Order of Jan. 10, 2017, Doc. No. 417.) The motion for reconsideration puts forth the exact same arguments as were previously considered and rejected. Accordingly, Defendant's motion for reconsideration (doc. no. 420) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE