IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 MAR -1 A 10: 55

CLERK _Burton_
SO. DIST. OF GA.

UNITED STATES OF AMERICA     *
    *
v.     *    CR 314-002-01
    *
MICHAEL DERRICK GOINS     *

O R D E R

On January 10, 2017, this Court denied Defendant Michael Derrick Goins's motion seeking a reduction of sentence based upon Amendment 782 to the United States Sentencing Guidelines, which implemented a two-level offense level reduction to a majority of the offense levels assigned to the drug quantities set forth in Section 2D1.1 of the Guidelines.[1] Presently, Defendant has filed another motion under 18 U.S.C. § 3582(c)(2), this time contending that Amendment 706 to the Sentencing Guidelines provides relief.

Amendment 706 adjusted the base offense level assigned to each threshold quantity of crack cocaine downward by two levels. This amendment took effect on November 1, 2007. Thus, Defendant, who was sentenced on May 21, 2015, already had the full benefit of the changes occasioned by Amendment 706. Accordingly, the motion to reduce (doc. no. 436) is

---

[1] The Court already addressed and denied this same motion on January 27, 2016. (Doc. No. 380.)

DENIED. His motion for appointment of counsel (doc. no. 437) is **DENIED AS MOOT.**

ORDER ENTERED at Augusta, Georgia, this ___1st___ day of ~~February~~ March, 2017.

_____
UNITED STATES DISTRICT JUDGE