IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 314-002-01 |
| | * | |
| MICHAEL DERRICK GOINS | * | |

O R D E R

Presently before the Court is a motion by Defendant Derrick Goins to correct his Presentence Investigation Report under Federal Rule of Criminal Procedure 36. For the reasons stated in the Government's Response in Opposition (doc. no. 466), Defendant's motion (doc. no. 465) is hereby **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this _19th_ day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE